UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-81070 (BLOOM/Reinhart)

HARRY SARGEANT, III,

    Plaintiff,

v.

MAROIL TRADING, INC., SEA PIONEER
SHIPPING CORPORATION, WILMER
RUPERTI PEDROMO, DANIEL
SARGEANT, DANIEL HALL, and
ANDREW PRESTON,

    Defendants,

    and

LATIN AMERICAN INVESTMENTS, LTD.,

    Intervenor.
_____/

## NOTICE OF APPEAL

    Please take notice that Defendant Daniel Hall hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Adopting Magistrate Judge's Report and Recommendations, ECF No. 225, which was entered in this action on November 16, 2018, and which adopted the Report and Recommendations on Defendants' Motions for Determination of Entitlement to Costs Pursuant to Rule 41(d), ECF No. 216.

| | |
|---|---|
| DATED:  December 13, 2018 | Respectfully submitted, |
| Derek T. Ho (*pro hac vice*)<br>Andrew E. Goldsmith (*pro hac vice*)<br>KELLOGG, HANSEN, TODD<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel.: (202) 326-7900<br>Email:  dho@kellogghansen.com<br>Email:  agoldsmith@kellogghansen.com | Samuel A. Danon<br>Samuel A. Danon (FBN 892671)<br>Armando Cordoves, Jr. (FBN 112425)<br>HUNTON ANDREWS KURTH LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Tel.: (305) 810-2500<br>Email: sdanon@HuntonAK.com<br>Email: acordoves@HuntonAK.com |

*Counsel for Defendant Daniel Hall*